State ex rel. Gras et al. vs. Jumel.

No. 8792.

THE STATE OF LOUISIANA EX REL. E. GRAS ET AL. VS. ALLEN
JUMEL, AUDITOR.

35  537.
46    9

A petition must contain allegations sufficient, if true, to entitle the party to the relief prayed.
Appropriations of money cannot now be made by the legislature for a longer time than two
years. The appropriation of 1876 for pensions continued two years after the Constitution
of 1879 took effect, but not longer.

APPEAL from the Seventeenth District Court, Parish of East Baton
Rouge. *Sherburne*, J.

*I. S. Hyams* and *S. P. Greves* for Plaintiffs and Appellants.

*J. C. Egan*, Attorney General, for Defendant and Appellee.

The opinion of the Court was delivered by

MANNING, J. The relators seek to compel the Auditor of Public
Accounts by mandamus to issue warrants to them as pensioners under
the Act of 1876. (Sess. Acts, p. 103.) The respondent *inter alios* avers
there was no appropriation in 1882 for those pensioners, and no unex-
pended balance for 1880 and 1881. The petitioners admit they have
each received warrants of $28.65 for each of the years 1880 and 1881,
but allege that sum is insufficient, without stating how or why it is so,
nor do they allege an unequal or unjust distribution, or that there is
an unexpended balance of the appropriations for those years. No
grievance is shewn—no right to warrants for larger sums than those
received, so that were all the allegations taken as true, no relief could
be granted under them.

As to 1882 it is insisted that the appropriation made in 1876 is con-
tinuing, and applies to all future years. The present Constitution
prohibits appropriations for a longer time than two years. Art. 43.

This Court has decided that that Act continues in force except so far
as it is inconsistent with the Constitution of 1879, and that it was in-
consistent in so far as it extends the annual appropriation for these
pensions beyond two years from the time that Constitution took effect.
State ex rel. St. Cyr vs. Jumel, unreported.

The time during which this appropriation continued therefore ex-
pired with the year 1881.

It is further urged that the judgment is null because it does not cite
any law, nor adduce any reason for it. The judgment recites the usual
formula, " the law and evidence being in favor of," etc., which has
long since been held to be sufficient.

Judgment affirmed.

Rehearing refused.